# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CARLTON K. EUREY, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIV ACTION NO. 3:21-cv-02066-K |
| | § | |
| CITY OF DESOTO, | § | |
|     Defendant. | § | |

## JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff **CARLTON K. EUREY** moves to dismiss all of his claims against Defendant **CITY OF DESOTO** with prejudice, with each party bearing its own attorney's fees and costs.

WHEREFORE, premises considered, Plaintiff **CARLTON K. EUREY** and Defendant **CITY OF DESOTO** request that this Court sign an order dismissing this suit with prejudice and with each party bearing its own attorney's fees and costs.

    Respectfully submitted,

    /s/Courtney Barksdale Perez
    Courtney Barksdale Perez
    Texas State Bar No. 24061135
    cperez@carterarnett.com
    Joshua J. Bennett
    Texas Bar No. 24059444
    jbennett@carterarnett.com
    Nathan Cox
    ncox@carterarnett.com
    Texas Bar No. 24105751
    Carter Arnett PLLC
    8150 N. Central Expy, Suite 500
    Dallas, Texas 75206
    214-550-8188 Telephone
    214-550-8185 Facsimile

    **ATTORNEYS FOR PLAINTIFF**

AND

/s/ Gerald Bright
GERALD BRIGHT
State Bar No. 02991720
DAVID CRAFT
State Bar No. 00790522
WALKER BRIGHT PC
100 North Central Expressway, Suite 800
Richardson, Texas 75080
Telephone: (972) 744-0192
Facsimile: (972) 744-0067
Email: efiledallas@wblpc.com

**ATTORNEYS FOR DEFENDANT**